UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424229)

VERSUS

RANDY LAVESPERE, ET AL.

CIVIL ACTION

NO. 21-344-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 3, 2023 (Doc. 58), to which an objection was filed and considered, (Doc. 60);

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 35) is granted, dismissing: (1) the Plaintiff's claim for monetary damages asserted against the Defendants in their official capacities; (2) the Plaintiff's claim for injunctive relief; (3) the Plaintiff's claims against Defendants Cindy Park and Jacob Johnson in their entirety; and (4) the Plaintiff's claim asserted against Defendant Dr. Randy Lavespere for failure to respond to informal complaints. In all other regards, the Defendants' Motion is denied, and this matter is referred back to the Magistrate Judge for further proceedings herein regarding the Plaintiff's claim against Defendant Dr. Lavespere for deliberate indifference, and the Plaintiff's claims against Defendant Brady Baudin.

Signed in Baton Rouge, Louisiana, on January 24, 2023.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**